# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 30, 2016

## NO. 03-15-00144-CR

**Christopher Arthur Kurtz, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 207TH DISTRICT COURT OF COMAL COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
## AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment of conviction signed by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment of conviction. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.